IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| MARKWEST LIBERTY MIDSTREAM & RESOURCES, L.L.C., | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 5:16-cv-00118 Judge John Preston Bailey |
| v. | ) ) | |
| BILFINGER WESTCON, INC., | ) ) | |
| Defendant. | ) | |

## MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447(c), Plaintiff, MarkWest Liberty Midstream & Resources, L.L.C. ("MarkWest") moves this Court to remand this case to the Circuit Court of Wetzel County, West Virginia and enter an order requiring the payment by Defendant Bilfinger Westcon, Inc. ("Westcon") of just costs and actual expenses, including attorney fees, incurred by MarkWest as a result of this baseless removal. A brief in support of this motion is being filed concurrently herewith and is incorporated by reference herein.

Dated:  August 5, 2016

Respectfully Submitted:

*/s/ Thomas C. Ryan*
Thomas C. Ryan (WVSB #9883)
Travis L. Brannon (WVSB #12504)
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Tel: (412) 355-6500
Fax: (412) 355-6501

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2016, a true and correct copy of the foregoing **MOTION TO REMAND** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record. I have further mailed complete copies of this filing to the following counsel via First Class U.S. Mail:

Eric J. Hullet, Esq.
Steptoe & Johnson PLLC
1250 Edwin Miller Blvd., Suite 300
Martinsburg, WV 25404
Phone: (304) 262-3519
Fax: (304) 262-3541
eric.hulett@steptoe-johnson.com

John R. Callcott, Esq.
Steptoe & Johnson PLLC
1085 Van Voorhis Road, Suite 400
Morgantown, WV 26505
Phone: (304) 598-8151
Fax: (304) 598-8116
john.callcott@steptoe-johnson.com

Devon J. Stewart
Steptoe & Johnson PLLC
Chase Tower, Seventeenth Floor
P.O. Box 1588
Charleston, WV 25326
devon.stewart@steptoe-johnson.com

*/s/ Travis L. Brannon*
Travis L. Brannon